Law Offices of Mo Mokarram
Mo Mokarram Esq., SBN 258093
1101 Fulton Avenue
Sacramento, CA 95825
Phone: 888.588.0040
Fax:     888.588.6407
Email:    mo@sacbkhelp.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

**Angela Christine Kent**

    Debtor

Case No. 2019-24294
Chapter 13

Judge: Christopher D. Jaime

### ORDER CONFIRMING PLAN FILED ON 7-8-2019

The Chapter 13 plan filed on 7-8-2019 of the above-named Debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor(s) plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor(s) address;

RECEIVED
August 28, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006571145

2. The Debtor(s) shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the Debtor(s); and

3. The Debtor(s) shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtor(s) attorney in the full amount of $4,000.00 are approved, $1,000.00 of which was paid. The balance of $3,000.00, provided that the attorney and Debtor(s) have complied with Local Bankruptcy Rule 2016-1 (c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

DATED: Aug 27, 19

_____
Approved by Chapter 13
Trustee Jan P. Johnson
as to form

BY THE COURT

**Dated:** August 28, 2019

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court